UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| ERIC D. SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 1:10-cv-256-JMS-MJD |
| | ) | |
| JENNIFER SMITH et al., | ) | |
| | ) | |
| Defendants. | ) | |

**Entry Concerning Selected Matters**

The court, having considered the above action and the matters which are pending, makes the following rulings:

1. The plaintiff's motion for temporary restraining order [54] is **denied.** The reason for this ruling is that the special arrangements the plaintiff seeks through that motion do not appear necessary or even calculated to facilitate the development and presentation of his claims in this case. Even if the court thought otherwise, moreover, the Supreme Court has held that a state has no affirmative duty to "enable the prisoner to discover grievances, and to litigate effectively once in court." *Lewis v. Casey,* 518 U.S. 343, 354 (1996).

2. The plaintiff's motion for preliminary injunction [51] is **denied.** The reasons for this ruling are as follows: First, the relief sought through such motion is outside the scope of the claims or defenses in the case. Second, the defendants have no authority to grant the relief he seeks. Third, the housing and classification status of an inmate within the Indiana Department of Correction are matters committed to the discretion of prison authorities and there is no substantial indication in the motion for preliminary injunction that authorities have abused that discretion.

**IT IS SO ORDERED.**

Date: 07/28/2011

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Eric D. Smith
#112675
Wabash Valley Long Term Segregation
6908 S. Old US Highway 41
P.O. Box 500
Carlisle, IN 47838

Bruce Benjamin Paul
bpaul@stites.com