UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ERIC D. SMITH, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>JENNIFER SMITH et al., )<br>)<br>Defendants. ) | No. 1:10-cv-256-JMS-MJD |

# E N T R Y

Eric Smith seeks reconsideration of the denial of his motion for preliminary injunction and motion for temporary restraining order. His motion to reconsider offers no information which warrants a different ruling, and the motion to reconsider [62] is therefore **denied**. See *Patel v. Gonzales* 442 F.3d 1011, 1015-1016 (7th Cir. 2006) ("A motion to reconsider asks that a decision be reexamined in light of additional legal arguments, a change of law, or an argument that was overlooked earlier . . . .").

**IT IS SO ORDERED.**

Date: 08/10/2011

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Eric D. Smith
#112675
Wabash Valley Long Term Segregation
6908 S. Old US Highway 41
Carlisle, IN 47838

Bruce Benjamin Paul
bpaul@stites.com